# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| AMY GARLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:06-CV-14 |
| ) | (Phillips/Shirley) |
| BELL SOUTH BUSINESS SYSTEMS INC., ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon defendants' motion for expedited review of the motion for dismissal [Doc. 29]. For grounds, defendants state that the plaintiff has refused to produce discovery and initial disclosures in violation of the Court's Memorandum and Order entered June 16, 2006. Defendants state that the plaintiff's deposition has been scheduled for July 14, 2006 and that the defendants' dispositive motion deadline is set for Tuesday, July 18, 2006. Accordingly, the defendants request the Court to shorten the time for plaintiff to respond to defendants' motion for dismissal [Doc. 28]. The Court finds that waiver of Local Rule 7.1 is not warranted. Additionally, if additional time is needed to complete discovery an/or file dispositive motions, defendants may file a motion to continue the trial date. Therefore, defendants' motion is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge